**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| JAVED MAZHAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:11-cv-1089 |
| vs. | ) | |
| | ) | |
| I.C. SYSTEM, INC., | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

Now come the Plaintiff, JAVED MAZHAR, and the Defendant, I.C. SYSTEM, INC., and hereby advise the Court that they have stipulated that this matter shall be dismissed with prejudice, each party to assume their own costs, subject to a settlement agreement reached between the parties.

| | |
|---|---|
| /s/ David B. Levin | /s/ John P. Langenderfer |
| David B. Levin (0059340) | John P. Langenderfer (0079094) |
| Mitchel E. Luxenburg (0071239) | Jeffrey C. Turner (0063154) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Luxenburg & Levin, LLC | Surdyk, Dowd & Turner Co., L.P.A. |
| 23875 Commerce Park | One Prestige Place, Suite 700 |
| Suite 105 | Miamisburg, OH 45342 |
| Beachwood, OH 44122 | (937) 222-2333 (phone) |
| (888) 493-0770, ext. 302 (phone) | (937) 222-1970 (facsimile) |
| (866) 551-7791 (facsimile) | jlangenderfer@sdtlawyers.com |
| david@luxenburglevin.com | jturner@sdtlawyers.com |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 7, 2012, a copy of the foregoing Stipulation of Dismissal was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                /s/ David B. Levin
                David B. Levin (0059340)
                Mitchel E. Luxenburg (0071239)
                Attorneys for Plaintiff
                Luxenburg & Levin, LLC
                23875 Commerce Park
                Suite 105
                Beachwood, OH 44122
                (888) 493-0770, ext. 302 (phone)
                (866) 551-7791 (facsimile)
                david@luxenburglevin.com